No. 00–279. ARCHDIOCESE OF OKLAHOMA CITY ET AL. *v.* BALLARD ET AL. Sup. Ct. Okla. Certiorari denied.

No. 00–298. BIGHAM *v.* HUFFMAN, SHERIFF OF CLAY COUNTY, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 00–301. REYES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–302. SCHMIER *v.* SUPREME COURT OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–305. CHILDREN'S WORLD LEARNING CENTERS, INC. *v.* RIZZO. C. A. 5th Cir. Certiorari denied.

No. 00–306. DENNO, AS PARENT, LEGAL GUARDIAN, AND NEXT FRIEND FOR DENNO *v.* SCHOOL BOARD OF VOLUSIA COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–310. KHALIL *v.* BCCI HOLDINGS (LUXEMBOURG) S. A. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–314. AHUJA *v.* UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–316. SCHEIDING ET AL. *v.* GENERAL MOTORS CORP. Sup. Ct. Cal. Certiorari denied.

No. 00–317. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C. A. 8th Cir. Certiorari denied.

No. 00–318. BOARD OF EDUCATION OF RICH TOWNSHIP HIGH SCHOOL DISTRICT 227 ET AL. *v.* BROWN ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–325. WENDT *v.* UNIVERSITY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.